March 11, 2005

Ms. Pamela Stanton Baron
P.O. Box 5573
Austin, TX 78763
Mr. John Anaipakos
Baker & Botts L.L.P.
910 Louisiana St., One Shell Plaza
Houston, TX 77002-4995

RE: Case Number: 03-0470
 Court of Appeals Number: 01-02-00679-CV
 Trial Court Number: 2002-21820

Style: JANNETE GONZALEZ, AS DEPENDENT ADMINISTRATOR OF THE ESTATE OF
 GUADALUPE GONZALEZ, JR., DECEASED
 v.
 RELIANT ENERGY, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Margie |
| |Thompson |